THOMAS C. MICHAELIDES, ESQ.
Nevada Bar No. 5425
2340 Paseo Del Prado, Suite D-206
Las Vegas, Nevada 89102
Telephone:   (702) 462-6161
Facsimile:    (702) 413-6255
Email: tcm@tcmlawgroup.com
*Attorneys for Defendant/ Appellant,*
*SION DAVID WALSH*

2012 JAN -4 P 1:07

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   2:10-cr-00480-PMP-GWF |
| Plaintiff, | |
| vs. | |
| SION DAVID WALSH, | |
| Defendant. | |

### SUPPLEMENTAL TRANSCRIPT ORDER

Comes Now, Defendant, SION DAVID WALSH by and through his counsel of record Thomas C. Michaelides, Esq. of TCM Law and hereby submits the attached Transcript Order Form. Defendant is in indigent circumstances and has previously filed a motion pursuant to the Criminal Justice Act with subsequent Order dated 08/01/2011 by which said transcripts will be obtained without Defendants remittance of the fees associated, and filed which transcripts will be filed herein in compliance with the foregoing appeal in this matter.

Dated this 15th of December, 2011.

IT IS SO ORDERED.

/s/ Philip M. Pro

PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: February 7, 2012.

TCM LAW

/s/  Thomas C. Michaelides
THOMAS C. MICHAELIDES
Nevada Bar No.: 5425
2340 Paseo Del Prado, Suite D206
Las Vegas, NV 89102
*Attorneys for Defendant/ Appellant,SION DAVID WALSH*

| AO 435 (Rev. 10/05) Read Instructions on Back: | Administrative Office of the United States Courts  TRANSCRIPT ORDER | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| 1. NAME THOMAS C. MICHAELIDES, ESQ. | 2. PHONE NUMBER (702) 462-6161 | | 3. DATE 12/14/2011 |
| 4. FIRM NAME TCM LAW | | | |
| 5. MAILING ADDRESS 2340 PASEO DEL PRADO, SUITE D-206 | 6. CITY LAS VEGAS | 7. STATE NV | 8. ZIP CODE 89102 |
| 9. CASE NUMBER 2:10-CR-00480-PMP-GWF | 10. JUDGE HON P. PRO | DATES OF PROCEEDINGS 11. 9/2/2010 | 12. 5/31/2011 |
| 13. CASE NAME U.S. v. SION DAVID WALSH | | LOCATION OF PROCEEDINGS 14. 9TH CIRCUIT | 15. STATE NEVADA |

16. ORDER FOR
- [✓] APPEAL
- [ ] NON-APPEAL
- [✓] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [✓] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)     TRIAL

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [✓] OTHER (Specify) | |
| [ ] SENTENCING | | Status Hearing Following | 02/14/11 (Monday following |
| [ ] BAIL HEARING | | Jury Verdict | Jury Verdict) |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | | |
| 14 DAYS | [ ] | [ ] | | PAPER COPY    [ ] | |
| 7 DAYS | [✓] | [ ] | | E-MAIL          [✓] | |
| DAILY | [ ] | [ ] | | DISK             [ ] | |
| HOURLY | [ ] | [ ] | | PDF FORMAT  [✓] | |
| REALTIME | [ ] | [ ] | | ASCII FORMAT [ ] | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

E-MAIL ADDRESS
TCM@TCMLAWGROUP.COM, CRAIG@TCMLAWGR...

19. SIGNATURE
/S/ THOMAS C. MICHAELIDES, ESQ.

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE   12/15/2011

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY