UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>SION WALSH,<br><br>　　　　　　Defendant. | 2:10-cr-00480-PMP-GWF<br><br>**ORDER** |

For the reasons set forth in the Government's Opposition to Defendant's "Motion Pursuant to Rule 60(b) - Actual Innocence" (Doc. #158),

**IT IS ORDERED** that Defendant Walsh's Motion Pursuant to Rule 60(b) (Doc. #155) is hereby **DENIED**.

DATED: August 14, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge