UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

UNITED STATES OF AMERICA,

        Plaintiff(s),

vs.

SION D. WALSH,

        Defendant(s).

2:10-cr-480 PMP

### ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, **IT IS HEREBY ORDERED** that counsel shall have until 4:00 PM on **December 1, 2015** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **December 1, 2015**, the Clerk is authorized to destroy said exhibits.

Dated: 11/12/15

_____
Gloria M. Navarro, Chief U.S. District Judge

Plaintiff's Exhibits received by: _____

Defendant's Exhibits received by: _____

**PLEASE PRINT NAME:** _____ Date: _____